### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DEMETRIC JOHNSON**                                                        **PLAINTIFF**

**v.**                              **No. 4:24-cv-00249-ERE**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

### <u>ORDER</u>

Defendant's unopposed motion to reverse and remand *(Doc. 11)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 8 July 2024.


_____
UNITED STATES MAGISTRATE JUDGE